JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile: 415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>APPROXIMATELY $2,822,224.75 IN FUNDS SEIZED FROM EIGHT BANK ACCOUNTS;<br><br>ONE 2007 PORSCHE C4 CABRIOLET (VIN: WP0CB29927S777234); ONE 2005 PORSCHE CAYENNE S (VIN: WP1AB29P35LA66041);<br><br>AND SEVEN PARCELS OF REAL PROPERTY AND IMPROVEMENTS<br>    Defendant. | **No. CV 09-03119 WHA**<br><br>**STIPULATION TO PROCEED WITH PRIVATE MEDIATION IN LIU OF COURT MEDIATION**<br>AND ORDER |

On September 24, 2009, the Court referred the above-referenced case to the ADR Unit for Mediation. Soon thereafter, the instant case was stayed pursuant to the Court's Order of October 15, 2009. After the stay elapsed, the ADR Unit scheduled a telephonic conference on March 8, 2010, to discuss ADR. During the conference, the parties agreed to attend private mediation with the Hon. Eugene Lynch (Retired) through JAMS on March 9, 2010.

///

The parties met for private mediation on March 9, 2010, and settlement discussions are continuing. The parties respectfully request that the parties' attendance at private mediation, and their continuing efforts to resolve this matter, satisfy the Court's ADR requirements.

Dated: 03/17/10

JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California

/S/
DAVID COUNTRYMAN
Assistant United States Attorney

Dated: 03/17/10

/S/
WAYNE R. GROSS, ESQ.
Attorney for Roy Lin and INC21

SO ORDERED. The mediation must be completely concluded by June 30, 2010.

Dated: March 18, 2010.

IT IS SO ORDERED AS MODIFIED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO PROCEED WITH PRIVATE MEDIATION IN LIU OF COURT MEDIATION

2