IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

APPROXIMATELY $2,822,224.75 IN FUNDS SEIZED FROM EIGHT BANK ACCOUNTS,

ONE 2007 PORSCHE C4 CABRIOLET (VIN: WP0CB29927S777234), ONE 2005 PORSCHE CAYENNE S (VIN: WP1AB29P35LA66041),

AND SEVEN PARCELS OF REAL PROPERTY AND IMPROVEMENTS,

    Defendants.

No. C 09-03119 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's letter of April 2, 2010, concerning a discovery dispute and hereby **SETS** a further meet-and-confer from **8:00 A.M.–10:30 A.M. ON WEDNESDAY, APRIL 14** in the Attorney's Lounge on the eighteenth floor of the federal courthouse. Counsel should first check in with the undersigned's chambers and drop off their business cards before proceeding to the Attorney's Lounge for their conference. At **10:30 A.M.** that same day, the Court will hear any unresolved issue(s) in Courtroom 9. Please note that only those who participate in the further meet-and-confer may argue at the hearing. Defendant's response is due by noon on April 12.

**IT IS SO ORDERED.**

Dated: April 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE