IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

  v.

INC21.COM CORPORATION, *et al.*,

    Defendants.
                                      /

No. C 10-00022 WHA

**ORDER VACATING HEARING**

      The hearing scheduled for Thursday, April 15, is hereby **VACATED**. If counsel promptly informs the Court that a young attorney will be arguing the pending motion (refer to the undersigned's standing orders on this issue), a hearing will be re-noticed for April 29, 2010. Otherwise, the pending motion will be decided on the papers.

      **IT IS SO ORDERED.**

Dated: April 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE