IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. C 10-00022 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING** |
| INC21.COM CORPORATION, *et al.*, | |
| Defendants. | |

The hearing scheduled for Thursday, April 15, is hereby **VACATED**. If counsel promptly informs the Court that a young attorney will be arguing the pending motion (refer to the undersigned's standing orders on this issue), a hearing will be re-noticed for April 29, 2010. Otherwise, the pending motion will be decided on the papers.

**IT IS SO ORDERED.**

Dated: April 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE