IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

APPROXIMATELY $2,822,224.75 IN FUNDS SEIZED FROM EIGHT BANK ACCOUNTS,

ONE 2007 PORSCHE C4 CABRIOLET (VIN: WP0CB29927S777234), ONE 2005 PORSCHE CAYENNE S (VIN: WP1AB29P35LA66041),

AND SEVEN PARCELS OF REAL PROPERTY AND IMPROVEMENTS,

    Defendants.

No. C 09-03119 WHA

**ORDER VACATING HEARING**

The hearing scheduled for Thursday, April 15, on the motion to stay discovery (pertaining to this action) and the preliminary injunction (in the related FTC enforcement action) is hereby **VACATED**. If counsel promptly informs the Court that a young attorney will be arguing the pending motion (refer to the undersigned's standing orders on this issue), a hearing will be re-noticed for April 29, 2010. Otherwise, the pending motion will be decided on the papers.

**IT IS SO ORDERED.**

Dated: April 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE