IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INC21.COM CORPORATION, *et al.*,<br><br>Defendants.<br>_____ / | No. C 10-00022 WHA<br><br>**ORDER REGARDING PENDING MOTION TO WITHDRAW AS DEFENSE COUNSEL** |

The Court has received Attorney Wayne Gross's letter regarding the inability of counsel to communicate with defendants in both this action and the related civil forfeiture action. The letter also notes that defendants have retained *new* counsel in the FTC action, Attorney Joel Dichter. Attorney Dichter appears to have been handling most of the recent filings on behalf of defendants in the FTC matter, but is not an attorney of record in the civil forfeiture action. The hearing on defense counsel Greenberg Traurig's motion to withdraw as counsel in *both* the FTC and civil forfeiture actions is scheduled to be heard on May 13, 2010 (*see* Dkt. No. 59). Attorney Dichter and defendants are **ORDERED** to be present at this hearing.

**IT IS SO ORDERED.**

Dated: April 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE