1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

APPROXIMATELY $2,822,224.75 IN FUNDS
SEIZED FROM EIGHT BANK ACCOUNTS,

ONE 2007 PORSCHE C4 CABRIOLET
(VIN:  WP0CB29927S777234), ONE 2005
PORSCHE CAYENNE S
(VIN:  WP1AB29P35LA66041),

AND SEVEN PARCELS OF REAL PROPERTY
AND IMPROVEMENTS,

        Defendants.

                                       /

No. C 09-03119 WHA

**ORDER RE PRODUCTION OF
DOCUMENTS AND PENDING
DISCOVERY OBLIGATIONS**

      As set forth at the hearing on April 14, 2010, claimant Inc21's objections to the

government's document requests are overruled, as the government has a legitimate need for these

documents to prepare for trial.  Similarly, the objections to the government's pending

interrogatories — with the exception of interrogatory number three — are overruled for the same

reasons.  With respect to the third interrogatory, the $5,000 threshold will be increased to

$20,000.  Since these requests have been pending since February 22, 2010, Inc21 is charged with

full notice of these discovery obligations.

As such, Inc21 is **ORDERED** to produce all requested documents for inspection and copying by the government at their place of business — Inc21 Corporation, 785 Market Street, Suite 900, San Francisco, CA 94103 — **BY NOON ON MAY 5, 2010**. Inc21 is also **ORDERED** to respond to all outstanding interrogatories (with the third interrogatory modified as noted above) by the same deadline. The method of production may only be changed by a written and signed agreement between the parties.

Counsel for Inc21 shall serve a copy of this order on the defendants as well as Attorney Joel Dichter, who is counsel of record for Inc21 in the related FTC enforcement action. Attorney Dichter shall do his part to ensure that this order reaches his clients in a timely manner.

**IT IS SO ORDERED.**

Dated:  April 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE