UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $2,822,224.75 IN FUNDS SEIZED FROM EIGHT BANK ACCOUNTS, *et al.*,<br><br>Defendants.<br>_____/ | No. C-09-3119 WHA (EMC)<br><br>**ORDER RE PLAINTIFF'S LETTER OF MAY 19, 2010**<br><br>**(Docket No. 68)** |

On May 19, 2010, the United States filed a discovery letter in which it asked for relief from the Court based on Inc21's failure to provide full and complete responses to one document request and two interrogatories. A hearing was held on the discovery dispute on June 2, 2010. This order memorializes the rulings made by the Court at the hearing.

(1) Inc21 shall provide full and complete responses to Interrogatories Nos. 4 and 7. The responses shall be verified, as required by Federal Rule of Civil Procedure 33(b)(5). In addition, the responses shall be provided in the narrative; that is, Inc21 may not simply refer to documents in lieu of providing substantive responses because it has failed to show that the burden of deriving or ascertaining the answers to the interrogatories would be substantially the same for either party. *See* Fed. R. Civ. P. 33(d).

///

///

///

(2) Inc21 shall provide a declaration, certifying that it has produced all documents in its possession, custody, or control that are responsive to Request for Production No. 1.

This order disposes of Docket No. 68.

IT IS SO ORDERED.

Dated: June 4, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge