IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY $2,822,224.75 IN FUNDS SEIZED FROM EIGHT BANK ACCOUNTS,<br><br>ONE 2007 PORSCHE C4 CABRIOLET (VIN:  WP0CB29927S777234), ONE 2005 PORSCHE CAYENNE S (VIN:  WP1AB29P35LA66041),<br><br>AND SEVEN PARCELS OF REAL PROPERTY AND IMPROVEMENTS,<br><br>　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　　/ | No. C 09-03119 WHA<br><br>**REMINDER NOTICE OF UPCOMING TRIAL AND FINAL PRETRIAL CONFERENCE** |

　　This notice serves as a friendly reminder that this case remains set for a **FINAL PRETRIAL CONFERENCE** on **NOVEMBER 22, 2010**, at **2:00 P.M.**, with a **BENCH TRIAL** on **NOVEMBER 29, 2010**.  Please consult the existing case management order and review and follow all standing guidelines and orders of the undersigned for civil cases on the Court's website at http://www.cand.uscourts.gov.  Continuances will rarely be granted.

　　The final pretrial conference will be an important event, for it will be there that the shape of the upcoming trial will be determined, including *in limine* orders, time limits and exhibit mechanics.  Lead trial counsel must attend.

United States District Court
For the Northern District of California

1      To avoid any misunderstanding with respect to the final pretrial conference and trial, the
2  Court wishes to emphasize that all filings and appearances must be made — on pain of
3  dismissal, default or other sanction — unless and until a dismissal fully resolving the case is
4  received. It will not be enough to inform the clerk that a settlement in principle has been
5  reached or to lodge a partially executed settlement agreement or to lodge a fully executed
6  agreement (or dismissal) that resolves less than the entire case. Where, however, a
7  fully-executed and unconditional settlement agreement clearly and fully disposing of the entire
8  case is lodged reasonably in advance of the pretrial conference or trial and only a ministerial act
9  remains, the Court will arrange a telephone conference to work out an alternate procedure
10 pending a formal dismissal.

11     Please state whether the Court can be of further ADR assistance (but avoid stating offers,
12 counteroffers or dollar amounts).

17 Dated: October 13, 2010.

    /s/ William Alsup
    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE

2