IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY $2,822,224.75 IN FUNDS SEIZED FROM EIGHT BANK ACCOUNTS,

ONE 2007 PORSCHE C4 CABRIOLET (VIN: WP0CB29927S777234),
ONE 2005 PORSCHE CAYENNE S (VIN: WP1AB29P35LA66041),

AND SEVEN PARCELS OF REAL PROPERTY AND IMPROVEMENTS,

    Defendants.

/

No. C 09-03119 WHA

**NOTICE CLARIFYING THAT THE UPCOMING TRIAL WILL BE A JURY TRIAL**

In this civil forfeiture action, claimants Inc21.com Corporation, GST U.S.A., Inc., John Lin, and Jumpage Solutions Incorporated have requested clarification as to whether the upcoming trial scheduled to begin at 7:30 a.m. on November 29, 2010, will be a bench trial or jury trial. While a bench trial was initially scheduled at the case management conference and referenced in the recent reminder notice, claimants are correct that they properly demanded a jury trial in a timely filed answer (Dkt. No. 23). The government has also acknowledged this timely demand for a jury trial in prior filings (*see* Dkt. Nos. 44, 46).

Accordingly, this notice clarifies to all parties that the upcoming trial on November 29 will *not* be a bench trial, as set forth in the case management scheduling order and in the recent reminder notice, but will be a jury trial as timely demanded by claimants in their answer.

Dated: October 19, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE