MCNUTT LAW GROUP LLP
MICHAEL A. SWEET (CSBN 184345)
DOUGLAS C. GRAHAM (CSBN 216870)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487


LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
KENT M. RIDER (TXBN 16896000)
2700 Via Fortuna, Suite 400
Austin, Texas 78746
Telephone: (512) 447-6675
Facsimile: (512) 443-3494
*Admitted Pro Hac Vice*

Attorneys for Harris County, Texas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 09-03119 WHA |
| Plaintiff, | Complaint Filed: July 10, 2009 |
| vs. | |
| APPROXIMATELY $2,822,224.75 IN FUNDS SEIZED FROM EIGHT BANK ACCOUNTS; | **STIPULATION AND SETTLEMENT AGREEMENT BETWEEN UNITED STATES OF AMERICA AND HARRIS COUNTY, TEXAS, CYPRESS-FAIRBANKS INDEPENDENT SCHOOL DISTRICT and KATY INDEPENDENT SCHOOL DISTRICT** |
| ONE 2007 PORSCHE C4 CABRIOLET (VIN: WP0CB29927S777234; ONE 2005 PORSCHE CAYENNE S (VIN: WP1AB29P35LA66041); | |
| AND SEVEN PARCELS OF REAL PROPERTY AND IMPROVEMENTS, | |
| Defendants. | |

TO THE HONORABLE UNITED STATES DISTRICT COURT:

It is hereby stipulated by and between the United States of America ("the Government") and Harris County, Texas, for itself and on behalf of the City of Houston, Texas, Houston

Independent School District, Port of Houston Authority of Harris County, Harris County Flood Control District, Harris County Department of Education, Harris County Emergency Services District #9, Harris County Emergency Services District #48, Harris County Hospital District, and Lone Star College System, joined by Cypress-Fairbanks Independent School District and Katy Independent School District (the "Taxing Authorities"), by and through their attorney of record, to compromise and settle their claims to the following properties (the "Properties"):

1. **3015 Chesapeake Bend Lane**, which is described as follows:

The real property and improvements located at 3015 Chesapeake Lane, Katy, Harris County, Texas, described as Lot 47, Block 1, of Lakes of Bridgewater Subdivision, a subdivision in Harris County, Texas, according to the map or plat thereof recorded in the Map Records of Harris County, Texas. This property is also identified by Account Number 122-815-001-0047 on the Taxing Authorities' tax rolls.

2. **9539 Narnia Springs Court**, which is described as follows:

The real property and improvements located at 9539 Narnia Springs Court, Houston, Harris County, Texas, described as Lot 13, Block 2, of Sierra Vista, Section 2, a subdivision in Harris County, Texas, according to the map or plat thereof recorded in the Map Records of Harris County, Texas. This property is also identified by Account Number 126-585-002-0013 on the Taxing Authorities' tax rolls.

3. **15803 Randall Ridge Lane**, which is described as follows:

The real property and improvements located at 15803 Randall Rider Lane, Cypress, Harris County, Texas, described as Lot 9, Block 3, of Cypress Ridge, Section 5, a subdivision in Harris County, Texas, according to the map or plat thereof recorded in the Map Records of Harris County, Texas. This property is also identified by Account Number 126-585-002-0013 on the Taxing Authorities' tax rolls.

4. **19131 Remington Bend Drive**, which is described as follows:

The real property and improvements located at 19131 Remington Bend Drive, Houston, Harris County, Texas, described as Lot 32, Block 1, of Remington Ranch, section 15, a subdivision in Harris County, Texas, according to the map or plat thereof recorded in the Map Records of Harris County, Texas. This property is also identified by Account Number 126-585-002-0013 on the Taxing Authorities' tax rolls.

5. **12006 Mallard Stream Court**, which is described as follows:

Harris County, Texas, described The real property and improvements located at 12006 Mallard Stream Court Houston, as Lot 36, Block 2, of Willow Springs, Section 3, a subdivision in Harris County, Texas, according to the map or plat thereof recorded in the Map Records of Harris County, Texas. This property is also identified by Account Number 126-585-002-0013 on the Taxing Authorities' tax rolls.

1 The parties stipulate that the Government, its agents, offices, and employees had a reasonable belief and probable cause to institute forfeiture proceedings against the Properties, and that the Properties are subject to forfeiture pursuant to federal law.

On August 6, 2009 the Taxing Authorities filed in this case their Claim (Docket #11) and Answer (Docket #12), thereby asserting that they have interests in the Properties which are not subject to forfeiture.

The Taxing Authorities levied ad valorem taxes on the Properties for 2010 and will continue to do so in the future up to the time, if any, when title to the Properties passes to the Government. Those tax levies are secured by liens created by Tex.Const. art. VIII, §15 (West 2007) and Tex.Tax Code Ann. §32.01 (West 2002).

The parties stipulate that the Taxing Authorities are innocent owners as defined by 18 U.S.C. §983(d) and that they possess valid liens against the Properties which are entitled to be paid following entry of a final judgment and final order of forfeiture followed by disposal of the Properties according to law. Their claims are to be paid next after payment of costs of seizure and sale of each Property.  Payment of those claims shall be in full and final settlement and satisfaction of all of the Taxing Authorities' interest in each Property.  Upon payment of the claims the Taxing Authorities agree not to pursue any other rights which may be available to them under the Texas Tax Code, including, but not limited to, the right to foreclose their liens and sell the Properties.

In consideration for this Stipulation and Settlement Agreement the Taxing Authorities release and hold harmless the Government and all agents, employees and servants of the Government (and any state or local law enforcement agencies and their agents, servants and employees), acting in their official or individual capacities, from any and all claims by them and their agents that currently exist or which may arise in the future as a result of the Government's action(s) involving the Properties.

/ / /

/ / /

This Stipulation and Settlement Agreement is contingent upon approval by the United States District Court and upon entry of a Final Judgment and Order of Forfeiture in this case which quiets title to each Property to the Government.  The Taxing Authorities understand and agree that the Government reserves the right to terminate this forfeiture action at any time prior to the entry of a Final Judgment and Order of Forfeiture, and that any such termination is not actionable as a breach of contract or by any other cause of action at law or in equity.

The Taxing Authorities consent to entry of a Final Judgment and Order of Forfeiture consistent with the terms of this Stipulation and Agreement.

Each party to this Agreement will bear its own costs, including attorney's fees, incurred in this case.

Dated: November 5, 2010            MCNUTT LAW GROUP LLP


By:        */s/ Michael A. Sweet*
        Michael A. Sweet
Attorneys for Harris County, Texas


Dated: November 5, 2010            ASSISTANT UNITED STATES ATTORNEY


By:        */s/ David B. Countryman*
        David B. Countryman
Attorneys for United States of America


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED


Dated:  November 5, 2010.
        The Honorable William H. Alsup
        United States District Court Judge